FURY et al., Appellants, v. KEMPIN.

1. **A Purchaser in Good Faith,** without notice, of real estate notes executed by a debtor to cover up his property, takes a good title.

2. ———. In such a case, a bill by the debtor to enjoin the foreclosure of the deed of trust against the purchaser, presents no equity.

3. ———. That the note-broker who sold the notes knew of the fraudulent character of the notes and deed of trust, does not affect with notice the purchaser, who bought on the faith of the record title.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Castleman & Laughlin* for appellants.

*Taylor & Pollard* for respondents.

NORTON, J.—This case is before us on appeal from the

*These syllabi are taken from 9 Mo. App. 30.

judgment of the St. Louis court of appeals affirming the judgment of the circuit court of the city of St. Louis in dismissing the bill of plaintiffs, seeking to enjoin defendants from selling certain real estate which had been conveyed by deed of trust to defendant Hull, to secure the payment of a certain note for $1,500 therein described. After investigating the points relied upon by counsel for reversal, and the facts as disclosed by the evidence, we have reached the same conclusion arrived at by the court of appeals, and, for the reasons given by that court in its opinion, reported in 9 Mo. App. 30, affirm the judgment. All concur.